PROB 12C
(6/16)

Report Date: February 12, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 12, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kera Dawn Evans                Case Number: 0980 2:22CR00091-SAB-1

Address of Offender:                              Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Susan P. Watters, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastain, Chief U.S. District Judge

Date of Original Sentence: May 14, 2014

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(b)(1)(A) |
| Original Sentence: | Prison - 96 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office |
| | Date Supervision Commenced: August 1, 2020 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: July 31, 2025 |

### PETITIONING THE COURT

To issue a summons.

On July 31, 2020, Kera Evans participated in a supervision intake. She acknowledged an understanding of the conditions imposed by the Court and signed a copy of her judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Kera Evans violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about January 6, 2024.

On January 10, 2024, Kera Evans reported to the United States Probation Office. Ms. Evans was advised ahead of time that a urinalysis would be required that day. She initially reported that she would be unable to provide a sample. After further discussion she admitted to consuming methamphetamine, on or about January 6, 2024, and signed a drug use admission form. She eventually submitted to a urinalysis which tested presumptive positive for methamphetamine. Due to her admission, the sample was not sent to the lab for additional testing.

Prob12C
**Re: Evans, Kera Dawn**
**February 12, 2024**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #1**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer. |

**Supporting Evidence**: It is alleged that Kera Evans violated the terms of her supervised release by failing to appear for a random urinalysis, on or about January 25, 2024.

On January 10, 2024, Kera Evans was enrolled in random drug testing with Pioneer Human Services (PHS). She was assigned a color and instructed to call the testing line daily to determine if she would be required to report to PHS that same day for testing.

PHS reported that on January 25, 2024, Ms. Evans failed to appear for a random urinalysis.

3  **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Kera Evans violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about January 23, 2024.

On January 26, 2024, Kera Evans reported to the United States Probation Office. Ms. Evans was advised ahead of time that a urinalysis would be required this day. She initially reported that she would be unable to provide a sample. After a second attempt, she provided a sample that the probation officer noted to be unusually bright in color, which is typically indicative of an individual taking effort to circumvent the testing process.

However, the sample also tested presumptive positive for methamphetamine and Ms. Evans ultimately admitted to consuming methamphetamine. She then signed a drug use admission form indicating she consumed methamphetamine on or about January 23, 2024.

4  **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Kera Evans violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about January 26, 2024.

On January 30, 2024, Kera Evans reported to the United States Probation Office. She submitted to a urinalysis, which tested presumptive positive for methamphetamine. She initially denied use, but ultimately admitted to consuming methamphetamine again, on or about January 26, 2024.

Prob12C
Re: Evans, Kera Dawn
February 12, 2024
Page 3

     5     **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court.

          **Supporting Evidence**: It is alleged that Kera Evans violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about February 6, 2024.

          On February 6, 2024, Kera Evans reported to the United States Probation Office. She submitted to a urinalysis, which tested presumptive positive for methamphetamine. She denied use and the sample was sent to the lab for additional testing. A lab report has since been received on February 12, 2024, and confirmed a positive presence for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/12/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/12/2024

Date