PROB 12C
(6/16)

Report Date: February 21, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kera Dawn Evans     Case Number: 0980 2:22CR00091-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇, Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Susan P. Watters, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 14, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(b)(1)(A) | | |
| Original Sentence: | Prison - 96 months;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: | August 1, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | July 31, 2025 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/12/2024.

On July 31, 2020, Kera Evans participated in a supervision intake. She acknowledged an understanding of the conditions imposed by the Court and signed a copy of her judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged Kera Evans violated her term of supervised release by consuming a controlled substance, methamphetamine, on or about February 16, 2024.<br><br>On February 20, 2024, the probation office was notified by Ms. Evan's substance abuse counselor that Ms. Evans had admitted she last consumed methamphetamine on February 16, 2024. |
| 7 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

Prob12C
Re: Evans, Kera Dawn
February 21, 2024
Page 2

**Supporting Evidence**: It is alleged Kera Evans violated her term of supervised release by failing to report to the U.S. Probation Office as directed on February 21, 2024.

On February 20, 2024, Kera Evans was directed via telephone to report to the U.S. Probation Office on February 21, 2024, at 8:30 a.m. After she failed to report as directed on February 21, 2024, a phone message was left for her at 10:15 a.m. directing her to report to the U.S. Probation Office by 4:30 p.m. At the time of this report, Ms. Evans has failed to report to the probation office as instructed and her whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/21/2024

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

2/22/2024
Date