PROB 12C
(6/16)

Report Date: January 15, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2025

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kera Dawn Evans           Case Number: 0980 2:22CR00091-SAB-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Susan P. Watters, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 14, 2014

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(b)(1)(A) |
| Original Sentence: | Prison - 96 months; TSR - 60 months |
| Asst. U.S. Attorney: | Earl A. Hicks |
| Defense Attorney: | Carter Powers Beggs |

Type of Supervision: Supervised Release

Date Supervision Commenced: August 1, 2020

Date Supervision Expires: July 31, 2025

## PETITIONING THE COURT

To issue a warrant

On July 31, 2020, Kera Evans participated in a supervision intake. She acknowledged an understanding of the conditions imposed by the Court and signed a copy of her judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer. |
| | **Supporting Evidence**: It is alleged that Kera Evans violated the terms of her supervised release by failing to appear for a random urinalysis, on or about November 8, 2024. |
| | On January 10, 2024, Kera Evans was enrolled in random drug testing with Pioneer Human Services (PHS). She was assigned a color and instructed to call the testing line daily to determine if she would be required to report to PHS that same day for testing. |
| | PHS reported that on November 8, 2024, Ms. Evans failed to appear for a random urinalysis. She then appeared at PHS for a urinalysis near the close of business on November 13, 2024, and was unable to provide a valid sample. |

Prob12C
**Re: Evans, Kera Dawn**
**January 15, 2025**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged Kera Evans violated her term of supervised release by consuming a controlled substance, methamphetamine, on or about December 27 and 28, 2024.

On December 27, 2024, Ms. Evans was expected to provide a urine sample at PHS. Although she appeared, she was unable to provide a urine sample at that time.

She was then directed to report to the probation office on December 30, 2024. At that time, she admitted to consuming methamphetamine on or about December 27 and 28, 2024. She then signed a drug use admission form admitting to this use.

| | | |
|---|---|---|
| 3 | | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged Kera Evans violated her term of supervised release by consuming a controlled substance, methamphetamine, January 8, 2025.

On January 8, 2025, Ms. Evans reported to the probation office as directed for a urinalysis. After several attempts, she ultimately provided a sample. The appearance of the urine sample suggested she may have taken steps to flush her system. The sample tested presumptive positive for methamphetamine. Ms. Evans denied use and the sample was sent to the lab for additional testing.

A lab report has since been received which noted a positive presence for methamphetamine. In addition, it was noted to be a dilute specimen, indicating efforts to circumvent testing.

| | | |
|---|---|---|
| 4 | | **Special Condition #1**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer. |

**Supporting Evidence**: It is alleged that Kera Evans violated the terms of her supervised release by failing to appear for a random urinalysis, on or about January 13, 2025.

On January 10, 2025, Kera Evans was enrolled in random drug testing with Pioneer Human Services (PHS). She was assigned a color and instructed to call the testing line daily to determine if she would be required to report to PHS that same day for testing.

PHS reported that on January 13, 2025, Ms. Evans failed to appear for a random urinalysis.

Prob12C
Re: Evans, Kera Dawn
January 15, 2025
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/15/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

### THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/17/2025

Date