PROB 12C
(6/16)

Report Date: May 30, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kera Dawn Evans | Case Number: 0980 2:22CR00091-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99204 | |

Name of Sentencing Judicial Officer: The Honorable Susan P. Watters, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 14, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(b)(1)(A) | | |
| Original Sentence: | Prison - 96 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: August 1, 2020 | |
| Defense Attorney: | Carter Powers Beggs | Date Supervision Expires: July 31, 2025 | |

## PETITIONING THE COURT

To issue a warrant.

On July 31, 2020, Kera Evans participated in a supervision intake. She acknowledged an understanding of the conditions imposed by the Court and signed a copy of her judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 Breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer.<br><br>**Supporting Evidence**: It is alleged that Kera Evans violated the terms of her supervised release by failing to provide a urine sample, on or about May 19, 2025.<br><br>Kera Evans is enrolled in random drug testing with Pioneer Human Services (PHS). She is expected to call the testing line daily to determine if she would be required to report to PHS that same day for testing. The PHS testing times run until 7 p.m., which requires the client to provide a urine sample by 7 p.m., as they close promptly at that time. |

Prob12C
**Re: Evans, Kera Dawn**
May 30, 2025
Page 2

        PHS advised that Ms. Evans arrived at 6:58 p.m. They allowed her to attempt to provide a urine sample. They advised she was "all over the place" in her behaviors and kept pushing on her stomach. She was ultimately unable to provide a sample.

2        **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

        **Supporting Evidence:** It is alleged that Kera Evans violated the terms of her supervised release by failing to report as directed on or about May 27, 2025, or since.

        On May 20, 2025, at approximately 3:30 p.m., Kera Evans reported to the U.S. Probation Office following the probation officer's directive in response to her failure to submit to drug testing on May 19, 2025.

        Ms. Evans presented with some difficulties providing a urine sample. The probation officer suspected she was using a device to circumvent testing. She ultimately provided a sample that was not sufficient enough to send to the lab for additional testing. She was asked to provide another sample but was unable to before close of business.

        She was directed to report the next morning, May 21, 2025, at 8 a.m., and provide a urine sample to the duty officer. She was further directed to report on May 27, 2025. at 8 a.m., to meet with the undersigned officer.

        On May 21, 2025, Ms. Evans contacted the undersigned and advised that she injured her knee slipping down her stairs this morning and was taken to the hospital by a neighbor. She was asked to keep the undersigned officer updated. She was advised to make sure she received medical documents for each medical facility she visited. She had indicated that she was sent to four different medical providers throughout the day. Around 4:05 p.m,.she sent a picture of what appeared to be her, lying in a hospital bed. That was the last communication from Ms. Evans.

        On May 27, 2025, she did not report as directed. At approximately 12:30 p.m., the undersigned officer reached out to the client as she had not reported at 8 a.m., as previously directed. The undersigned sent a text message requesting Ms. Evans call the undersigned. A voicemail and email were also sent requesting she provide an update and to report that morning if she were not still in the hospital. Ms. Evans did not respond.

        On May 29, 2025, at approximately 8:30 a.m., the undersigned attempted to contact Ms. Evans at her residence. She did not answer the door. A voice mail and text message were sent advising her that there had been no contact from her since May 21, 2025, when she sent the picture of her in a hospital bed. She was directed to contact this officer right away to advise of her status and to report to the U.S. Probation Office by 3 p.m., if she were not in the hospital. A business card was also left in her door with a hand written note directing her to report by 3 p.m.

        The undersigned officer then contacted two local hospitals and was advised that Ms. Evans was not currently a patient at either of the facilities. They were unable to provide information without a proper records request.

Prob12C
Re: Evans, Kera Dawn
May 30, 2025
Page 3

There continues to be no response from Ms. Evans and her whereabouts are currently unknown.

3  **Special Condition #2**: The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as determined by the United States Probation Officer.

**Supporting Evidence**: It is alleged that Kera Evans violated the terms of her supervised release by failing to attend substance about treatment as scheduled, on or about May 19, 2025, or since.

On May 30, 2025, the undersigned contacted Ms. Evans' substance abuse provider, Spokane Addiction and Recovery Centers (SPARC). SPARC advised that Ms. Evans failed to attend a case management appointment on May 20, 2025, and failed to attend both a group session and an individual counseling session on May 27, 2025.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 30, 2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.

*Stan Bastian*

Signature of Judicial Officer

5/30/2025
Date